32 A.3d 677

**Andr'e L. YOUNGER, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, First Judicial District of PA, Appellees.**

Supreme Court of Pennsylvania.

Nov. 23, 2011.

No. 36 EAP 2011,

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of November, 2011, the Application for Leave to File the Attached Rebuttal is DENIED. The Order of the Commonwealth Court is AFFIRMED.